



# MEMORANDUM OPINION

No. 04-09-00672-CR

Thomas L. **CASTANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 300086
Honorable Sarah Garrahan-Moulder, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed: December 16, 2009

DISMISSED FOR LACK OF JURISDICTION

Appellant was sentenced on September 4, 2009. No timely motion for new trial having been filed, appellant's notice of appeal was due to be filed no later than October 5, 2009. *See* TEX. R. APP. P. 26.2. The notice of appeal was not filed until October 14, 2009, and no motion for extension of time was filed. *See* TEX. R. APP. P. 26.3.

This court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant responded by filing a motion to dismiss this appeal; however, this court lacks jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal. *See Olivo v. State*, 918 S.W.3d 519, 522 (Tex. Crim. App. 1996). Accordingly, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH